# United States District Court
# for the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:10 pm, Dec 03, 2020

DEBORAH LAUFER,

    Plaintiff,

v.

TRIPLE W HOSPITALITY LLC and DEVELOPMENT AUTHORITY OF APPLING COUNTY,

    Defendant.

CV 220-103

## ORDER

Before the Court is Plaintiff's motion to appear telephonically or via video conference for the motion hearing set for January 19, 2021 at 1 o'clock p.m. in Courtroom One of the federal courthouse in Brunswick, Georgia. Dkt. No. 11. The motion is **GRANTED**. Plaintiff may appear by video conference. Defendant may also appear by way of video conference or in person.

SO ORDERED, this  3  day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA