# United States District Court
# for the Southern District of Georgia
# Brunswick Division

DEBORAH LAUFER,

    Plaintiff,

v.

TRIPLE W HOSPITALITY, LLC, and DEVELOPMENT AUTHORITY OF APPLING COUNTY, a Georgia Corporation,

    Defendants.

CV 220-103

## ORDER

Before the Court is Plaintiff Deborah Laufer's notice of voluntary dismissal, dkt. no. 18, wherein she notifies the Court that she wishes to dismiss all claims asserted in this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 22 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA